# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**CARLOS H. SOTO,**

     **Plaintiff,**

**v.**                                                           **Case No: 5:17-cv-241-Oc-10PRL**


**COMMISSIONER OF SOCIAL
SECURITY**

     **Defendant.**

_____

## ORDER

This matter is before the Court on *pro se* Plaintiff's motion requesting that he be provided with a login and password so that he can use the Court's CM/ECF filing system. (Doc. 15). Pursuant to the Court's Administrative Procedures for Electronic Filing, a *pro se* litigant is not permitted to file electronically, absent authorization by the Court.[1] Here, Plaintiff has offered no reason or explanation to justify his request. Moreover, it is unclear why access would be necessary since social security appeals generally have very few filings beyond the administrative record and the parties' respective memoranda.

Accordingly, Plaintiff's motion for access to the Court's CM/ECF filing system is due to be DENIED without prejudice to renewal upon a showing that access to CM/ECF is justified by the circumstances of this case.

_____

[1] Administrative Procedures for Electronic Filing in Civil and Criminal Cases, available at https://www.flmd.uscourts.gov/CMECF/CM-ECF_ADMINISTRATIVE_PROCEDURES_6-5-2015.pdf.

**DONE** and **ORDERED** in Ocala, Florida on July 26, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties