UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARLOS H. SOTO,

    Plaintiff,

v.                                                             Case No: 5:17-cv-241-Oc-PRL

COMMISSIONER OF SOCIAL
SECURITY

    Defendant.

## ORDER

By Order dated January 19, 2018, the Court denied Plaintiff's motion asking the Court to order the Commissioner to complete the remand proceedings by September 15, 2018. (Doc. 30). Now, Plaintiff asks the Court to reconsider that ruling due to the severity of his medical conditions. (Doc. 31). In response, the Commissioner explains that there is an administrative process in place that allows Plaintiff to request that his case be treated as a critical case. *See* HALLEX 1-2-1-40 (S.S.A), 2004 WL 3389613. Plaintiff has failed to show (or explain) how this administrative process is inadequate. Accordingly, Plaintiff's motion to reconsider is DENIED.

**DONE** and **ORDERED** in Ocala, Florida on February 12, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties