**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CARLOS H. SOTO,**

 **Plaintiff,**

**v.**                      **Case No: 5:17-cv-241-Oc-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

 **Defendant.**

---

**ORDER**

  Based on the recent status reports filed by the Commissioner (Docs. 59, 60), the underlying administrative proceedings have been completed. However, the Social Security Administration cannot complete the certified administrative transcript of the record until its employees (who have been teleworking due to COVID-19) return to the office. Once the certified administrative record is complete and filed, the Court will reopen the case and issue a briefing schedule.

  In his recent filing (Doc. 61), Plaintiff asks that the Commissioner be required to reply to his filing at Doc. 51—instead of the original complaint—since there is now a different final decision at issue. When the Court issues its scheduling order, it will set a deadline by which Plaintiff has to file a memorandum in support of his position. To the extent Plaintiff wishes to rely on his filing at Doc. 51 – instead of filing a separate memorandum—he may advise the Court before his deadline to file his memorandum.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on June 5, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties