UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CARLOS H. SOTO,**

    **Plaintiff,**

**v.**                                                    **Case No: 5:17-cv-241-PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

Over three years ago, this social security appeal was remanded pursuant to sentence six of 42 U.S.C. §405(g) because the Commissioner was unable to locate the claims file for the ALJ's decision. In his most recent motion, Plaintiff asks the Court to order the Commissioner to produce the certified administrative record ("CAR") by the end of February 2021. (Doc. 71). In response, the Commissioner explains how the ongoing COVID-19 pandemic has slowed the production of the CAR and requests an additional sixty days. (Doc. 75). While the Court understands that COVID-19 has presented challenges, Plaintiff has been waiting over three years since this matter was remanded and over a year since the underlying administrative proceedings were completed. It's time for the Commissioner to make this case a priority.

Accordingly, upon due consideration, Plaintiff's motion (Doc. 71) is **GRANTED** to the extent that the Commissioner shall file the certified administrative record on or before **March 19, 2021.**

**DONE** and **ORDERED** in Ocala, Florida on February 19, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties