UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CARLOS H. SOTO,**

    **Plaintiff,**

v.                                       **Case No: 5:17-cv-241-PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's motion to require the Commissioner to produce the administrative record within sixty days. (Doc. 77). This request is due to be denied as moot given the Court's February 19, 2021 Order directing the Commissioner to file the certified administrative record on or before March 19, 2021. (Doc. 76). Plaintiff need not file anything further at this time. Once the administrative record has been filed, the Court will issue its scheduling order setting deadlines by which the parties must file memoranda in support of their respective positions.

**DONE** and **ORDERED** in Ocala, Florida on February 26, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties